UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-10169 GAF (RZx) | | Date | September 19, 2014 |
|---|---|---|---|---|
| Title | NUSCIENCE CORPORATION v. HEALTH RESOURCES INTERNATIONAL GROUP, USA, et al. | | | |

| Present: The Honorable | GARY ALLEN FEES, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes Kerr | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:      Attorneys **NOT** Present for Defendants:

**Proceedings:**   IN CHAMBERS (No Proceedings Held) re: ORDER TO SHOW CAUSE RE:  DISMISSAL FOR LACK OF PROSECUTION

At the August 25, 2014 Pretrial Conference, plaintiff's counsel, Colby Peterson, advised the Court that the plaintiff has settled with defendants Liang De Li and Mary Li and that plaintiff intended to dismiss defendants Health Resources International Group USA and Jason Xu.  Plaintiff would then seek a default judgment against the lone remaining defendant, Richard C. Zhu.  To date, none of the necessary documents have been filed.

Plaintiff is ORDERED to show cause why this case should not be dismissed, for lack of prosecution. *Link v. Wabash R. Co., 370 U.S. 626 (1962)* (court has inherent power to dismiss for lack of prosecution on its own motion).  In this matter:  The docket reflects that plaintiff is not actively pursuing this matter.  Plaintiff can satisfy this order by filing a Status Report, not to exceed 4 pages, setting forth the current status of the litigation.  Plaintiff must respond to this order within 5 days.  Failure to respond to this OSC will be deemed consent to the dismissal of the action.

We presently have a jury trial date September 23, 2014 that was not vacated at the pretrial conference.  Notwithstanding the errant filings, the Court vacates the jury trial.

IT IS SO ORDERED

                                                                                                      :
                                                                 Initials of Preparer        SMO